65 A.3d 289

Theodore J. and Sue L. DELGAIZO, Appellants,

v.

COMMONWEALTH of Pennsylvania, Appellee.

Frederick W. and Joan R. Vosbury, Appellants,

v.

Commonwealth of Pennsylvania, Appellee.

Supreme Court of Pennsylvania.

Feb. 19, 2013.

## ORDER

PER CURIAM.

AND NOW, this 19th day of February, 2013, the Order of the Commonwealth Court is hereby **AFFIRMED**.